## No. 1027.

### MEYER, WEISS & CO. vs. W. S. LOGAN, SHERIFF, ET AL.

*Appeal dismissed by this Court ex proprio motu, the matter in dispute being less than $1000.*
*When third persons enjoin the seizure and sale of property, it is the value of the property which vests this Court with jurisdiction, and not the amount of the judgment enjoined.*
*Re-affirming previous Decisions.*

APPEAL from the Fifth District Court, parish of Ouachita. *Richardson, J.*

*Richardson & McEnery* for Plaintiffs and Appellees.

*Cobb & Gunby* for Defendants and Appellants.

The opinion of the Court was delivered by

FENNER, J. The insufficiency of the amount in dispute in this case to vest us with appellate jurisdiction over it, is so apparent on the face of the record, that we are compelled to notice it *ex proprio motu*.

John M. Gould & Co., holding a judgment against J. T. Cole for $1450, seized under execution thereon promissory notes, belonging to their debtor, amounting to less than $1000.

The plaintiffs, third persons, enjoin the seizure, claiming superior rights upon said property, entitling them to prevent the seizure, the nature of which rights it is not necessary, for the purposes of this case, to state. It is sufficient to say, that they do not dispute, in any manner, the validity of Gould & Co.'s judgment, which is not involved. Their position cannot be distinguished, in principle, from that which they would occupy, if they had enjoined on the ground that they were owners of the property seized.

There is nothing in dispute except the property.

In such case, it is well settled that the right to appeal is regulated by the value of the property. Testart vs. Belot, 32 An. 603, and authorities there cited. Wood vs. Rocchi, 32 An. 1120.

It is, therefore, ordered that the appeal be dismissed at appellants' costs.